No. 314. Roedenbeck Farms, Inc., et al. v. Broussard et al. August 24, 1939.

628

Docketed and dismissed on motion of counsel for appellees. No appearance for appellants. *Mr. Will E. Orgain* for appellees.